**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS CABRERA-CAMPOS, a.k.a. Luis Campos-Cabrera, a.k.a. Jesus Garcia Miranda, <br><br>       Petitioner, <br><br>  v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br>       Respondent. | No. 12-70463 <br><br> Agency No. A099-625-275 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 10, 2013[**]

Before:    HAWKINS, McKEOWN, and BERZON, Circuit Judges.

    Luis Cabrera-Campos, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

immigration judge's denial of cancellation of removal as a matter of discretion. We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that Cabrera-Campos's application for cancellation of removal did not warrant a favorable exercise of discretion. *See* 8 U.S.C. § 1252(a)(2)(B)(i) (barring review of denials of discretionary relief). Cabrera-Campos's contentions that the agency applied an incorrect standard of review, failed to consider relevant evidence, and was biased are not supported by the record and are not colorable claims invoking our jurisdiction. *See* 8 U.S.C. § 1252(a)(2)(D); *Martinez-Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**